**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ZHEWEN HU,<br><br>Plaintiff,<br>v.<br><br>JUMP TRADING, LLC, JUMP CRYPTO HOLDINGS LLC, TAI MO SHAN LTD., KANAV KARIYA and WILLIAM DISOMMA,<br><br>Defendants. | Case No. 1:26-cv-05335<br><br>Hon. Jeffrey I. Cummings |

**DECLARATION OF DANIEL-CHARLES V. WOLF IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR ALTERNATIVE SERVICE OF PROCESS UPON DEFENDANT KANAV KARIYA**

I, Daniel-Charles V. Wolf, declare as follows:

1. I am counsel for Plaintiff in this matter. I am over the age of eighteen and am competent to testify as follows based on personal knowledge, including my knowledge of my colleagues' investigative efforts.

2. Plaintiff undertook a diligent investigation to locate and serve Defendant Kanav Kariya ("Mr. Kariya"). A diligent inquiry as to the location of Mr. Kariya was made and reasonable efforts to make service have been unsuccessful. The paragraphs below detail Plaintiff's efforts to serve Mr. Kariya.

3. *First*, after the issuance of the summons for Mr. Kariya (Dkt. No. 8), on May 15, 2026, Plaintiff's counsel contacted Aitan Goelman of Zuckerman Spaeder LLP, which represents Mr. Kariya in several other litigation matters as described in our accompanying motion. Mr. Goelman said his firm is not authorized to accept service for Mr. Kariya. Attached hereto as **Exhibit A** is a true and correct copy of the May 15, 2026 email correspondence between Plaintiff's

counsel and Mr. Goelman. Mr. Goelman sent another email to Plaintiff's counsel on August 9, 2026, stating again that his firm is not authorized to accept service for Mr. Kariya but providing an address for Mr. Kariya in India. Attached hereto as **Exhibit D** is a true and correct copy of the August 9, 2026 email correspondence between Plaintiff's counsel and Mr. Goelman.

4. *Second*, Plaintiff conducted a LexisNexis public-records search in Illinois, the state of the last known residence and employment of Mr. Kariya. The search indicated a last known address—111 W. Wacker Drive, PH3, Chicago, Illinois 60601—as of March 2026. The search did not identify any other current address for Mr. Kariya.

5. Plaintiff engaged a professional process server, Steven A. Stosur of Executive Attorney Service, Inc., to attempt to serve Mr. Kariya at this last known address. Attached hereto as **Exhibit B** is a true and correct copy of the June 8, 2026 Affirmation of Due Diligence of Mr. Stosur that details his efforts to serve Mr. Kariya.

6. *Third*, after learning that the service at Mr. Kariya's last known address was not successful, Plaintiff conducted a nationwide skip-trace search on Mr. Kariya. That search did not identify any addresses as recent as the one identified in Plaintiff's initial, Illinois-focused search. That search, however, did identify an email address (kanavkariya@gmail.com) as associated with Mr. Kariya at a 70% confidence level. Additionally, a Google search for that email address identified a February 24, 2014 post on the website "xtremepape.rs."[1] This appears to be a website that lets users host and exchange study materials for standardized exam prep. In the post, a user with the handle "sinner" asks another user to email certain materials to kanavkariya@gmail.com. The profile for "sinner" indicates the user is a male who was born January 31, 1996. That birth date matches Mr. Kariya's date of birth as determined by our public record searches. Below is a

[1] https://xtremepape.rs/threads/giving-out-all-ib-past-papers-1995-2013.30261/page-3.

screenshot that fairly and accurately depicts sinner's xtremepape.rs post and the detail of a user profile showing the birthday information.







7. *Fourth*, in an effort to identify other means to serve Mr. Kariya, Plaintiff located Mr. Kariya's X (formerly Twitter) profile and LinkedIn profile. Mr. Kariya's X account, @KanavKariya (https://x.com/KanavKariya), is a Premium account that remains publicly accessible, is widely followed, and has been used by Mr. Kariya to post public statements, the

most recent of which is dated February 5, 2026. Mr. Kariya's public LinkedIn profile lists "Mumbai, Maharashtra, India" in the location field, which indicates that he may now reside outside the United States. We were, however, unable to determine whether the location field in his LinkedIn profile was recently changed to India or whether that was the listed location even during his presence in the United States. Attached herein as **Exhibit C** is a true and correct screenshot of Mr. Kariya's X profile and LinkedIn profile. X and LinkedIn both allow direct-message functionality.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 10th day of August, 2026 in Chicago, Illinois.

By: *\/s/ Daniel-Charles V. Wolf*
Daniel-Charles V. Wolf