# EXHIBIT D

**From:** Goelman, Aitan
**To:** Berman, Eli; Peyser, Nell Z
**Cc:** Vaughan, Christopher; Evans, Joseph; Kaltman, Daniel; Du, Calvin; Wolf, DC
**Subject:** RE: Hu v. Jump et al., 1:26-cv-05335
**Date:** Sunday, August 9, 2026 11:14:33 AM

Some people who received this message don't often get email from agoelman@zuckerman.com. Learn why this is important

**[ External Email ]**

Eli, while we are not authorized to accept service for Mr. Kariya, we are authorized to provide you with his current address in India, so that you can effectuate service through the Hague Convention. Mr. Kariya's current address is:

901, Dilrag, Plot 4, Road 9, Juhu Scheme, Presidency Society, Vile Parle (W). Mumbai 400049

Best,

Aitan

**From:** Berman, Eli <eberman@mcdermottlaw.com>
**Sent:** Friday, May 15, 2026 3:49 PM
**To:** Goelman, Aitan <AGoelman@zuckerman.com>; Peyser, Nell Z <NPeyser@zuckerman.com>
**Cc:** Vaughan, Christopher <cvaughan@mcdermottlaw.com>; Evans, Joseph <Jbevans@mcdermottlaw.com>; Kaltman, Daniel <dkaltman@mcdermottlaw.com>; Du, Calvin <cadu@mcdermottlaw.com>; Wolf, DC <dcwolf@mcdermottlaw.com>
**Subject:** Hu v. Jump et al., 1:26-cv-05335

**EXTERNAL**

Counsel,

We represent Plaintiff Zhewen Hu in connection with the above-referenced action currently pending in the Northern District of Illinois, in which Mr. Kanav Kariya has been named as a defendant. We understand that you have appeared for Mr. Kariya in several litigations. We write to confirm that you are representing him in this litigation, and ask whether you will accept service of the complaint on his behalf. If so, we are willing to discuss a reasonable schedule concerning Mr. Kariya's deadline to respond to the complaint.

Best,
Eli

**Eli Berman**
Partner

**T:** +1 212 547 5854 | **F:** +1 646 224 8887
eberman@mcdermottlaw.com | LinkedIn

McDermott Will & Schulte LLP | mcdermottlaw.com
One Vanderbilt Avenue | New York, NY 10017 | USA

************************************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information. Thank you.
************************************************************************************************************************

Please visit http://www.mcdermottlaw.com/ for more information about our Firm.