**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ZHEWEN HU,<br><br>Plaintiff,<br>v.<br><br>JUMP TRADING, LLC, JUMP CRYPTO HOLDINGS LLC, TAI MO SHAN LTD., KANAV KARIYA and WILLIAM DISOMMA,<br><br>Defendants. | Case No. 1:26-cv-05335<br><br>Hon. Jeffrey I. Cummings |

**UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE EXHIBIT D TO PLAINTIFF'S DECLARATION OF DANIEL-CHARLES V. WOLF**

Plaintiff Zhewen Hu ("Plaintiff"), by and through his attorneys, McDermott Will & Schulte LLP, respectfully moves this Court to withdraw and substitute the redacted Exhibit D for the unredacted Exhibit D to the Declaration of Daniel-Charles V. Wolf in Support of Plaintiff's Unopposed Motion for Alternative Service of Process Upon Defendant Kanav Kariya (Docket No. 39-4). In support thereof, Plaintiff states as follows:

On August 10, 2026, Plaintiff filed the Unopposed Motion for Alternative Service of Process Upon Defendant Kanav Kariya (Docket No. 38) (the "Alternative Service Motion"). In support of the Alternative Service Motion, Plaintiff submitted, among other things, Exhibit D to the Declaration of Daniel-Charles V. Wolf (Docket No. 39-4), which is an email among counsel for the parties which contained certain information that Kariya's counsel believes is sensitive. On August 11, 2026, counsel for Defendant Kanav Kariya entered a limited appearance in the instant case (Docket No. 42). After conferring with Mr. Kariya's counsel, Plaintiff's counsel agreed to

ask that Wolf Declaration, Exhibit D be withdrawn and replaced with a version that redacts such information to address concerns articulated by Mr. Kariya's counsel.

Counsel for Mr. Kariya does not oppose this motion. A copy of the redacted Exhibit D is attached hereto.

WHEREFORE, Plaintiff respectfully request that the Court instruct the Clerk to withdraw from the record Exhibit D to the Declaration, and substitute the attached redacted version of that Exhibit D.

Dated: August 14, 2026

Respectfully submitted,

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ Daniel-Charles V. Wolf*

Daniel-Charles V. Wolf
444 W Lake St.
Chicago, IL 60606
Telephone: (312) 372-2000
dcwolf@mcdermottlaw.com

-and-

Joseph B. Evans (*pro hac vice* pending)
M. Elias Berman (*pro hac vice* pending)
Christopher Vaughan (*pro hac vice* pending)
Daniel H. Kaltman (*pro hac vice* pending)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
jbevans@mcdermottlaw.com
eberman@mcdermottlaw.com
cvaughan@mcdermottlaw.com
dkaltman@mcdermottlaw.com

*Attorneys for Plaintiff*