**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Zhewen Hu

Plaintiff,

v.

Case No.: 1:26−cv−05335
Honorable Jeffrey I Cummings

Jump Trading, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 20, 2026:

MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' recent filings and orders as follows. First, plaintiff's unopposed motion to withdraw and substitute Exhibit D to the declaration of Daniel−Charles Wolf [44] is granted. The Clerk of Court shall remove the document at Docket No. [39−4]. Defendant's motion to set a briefing schedule [43] on plaintiff's motion for alternative service is granted. Defendant Kariya shall respond to plaintiff's motion by 9/10/26 and plaintiff shall reply by 9/25/26. The Court is also in receipt of certain defendants' motions to dismiss [34] [35]. As is explained in the Court's standing order on motions to dismiss (available on the Court's website), the parties are advised that plaintiff (as the non−moving party) has a right to amend the complaint once within 21 days of the filing of defendants' motions to dismiss under Federal Rule of Civil Procedure 15(a)(1)(B). Accordingly, plaintiff is directed to review defendants' motions to dismiss and to consider exercising the right to amend the complaint as a matter of course under Rule 15(a)(1)(B). If plaintiff decides to amend the pleading in response to the motions to dismiss, plaintiff shall file the amended complaint by 9/11/26 (extended within the Court's discretion) and defendants shall file either an answer or a renewed motion to dismiss by 10/2/26. If plaintiff elects not to amend the complaint, but instead chooses to respond to defendants' motion to dismiss, plaintiff shall file a consolidated response to defendants' motion to dismiss by 9/18/26, and defendants shall reply by 10/9/26. The Court will review the parties' submissions and will either issue a ruling by mail or set a hearing if appropriate. The 9/18/26 tracking status hearing is stricken and reset to 11/13/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.