**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ZHEWEN HU,<br><br>Plaintiff,<br>v.<br><br>JUMP TRADING, LLC, JUMP CRYPTO HOLDINGS LLC, TAI MO SHAN LTD., KANAV KARIYA and WILLIAM DISOMMA,<br><br>Defendants. | No. 1:26-cv-05335<br><br>Hon. Jeffrey I. Cummings |

**STIPULATED MOTION TO EXTEND BRIEFING**
**SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**

Plaintiff Zhewen Hu ("Plaintiff"), and Defendants Jump Trading, LLC, Jump Crypto Holdings LLC, Tai Mo Shan Limited, and William DiSomma (together, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree to, subject to the Court's approval of, the following modification of the briefing schedule governing Defendants' motion to dismiss:

1. On August 20, 2026, the Court entered a minute order directing Plaintiff to file a consolidated response to Defendants' motion to dismiss by September 18, 2026, and Defendants to file their reply by October 9, 2026. Minute Entry. (Dkt. 47.)

2. The Parties have conferred and have agreed that good cause exists for a brief extension of the current briefing deadlines. Specifically, a one-week extension will allow Plaintiff sufficient time to prepare a thorough consolidated response to Defendants' motion to dismiss and will not prejudice any party or unduly delay proceedings. Similarly, a one-week extension will

allow Defendants sufficient time to prepare a thorough reply to Plaintiff's opposition and will not prejudice any party or unduly delay proceedings.

3. The Parties therefore respectfully stipulate and agree to the following revised schedule:

- Plaintiff shall file his consolidated response to Defendants' motion to dismiss on or before **September 25, 2026**;
- Defendants shall file their reply, if any, in further support of Defendants' motion to dismiss on or before **October 23, 2026**.

**WHEREFORE**, the Parties respectfully request that the Court grant this motion and enter an order setting the above schedule.

Dated: September 16, 2026

Respectfully submitted,

KOBRE & KIM LLP

*/s/ Jonathan D. Cogan*

Jonathan D. Cogan
800 Third Avenue
New York, NY 10022
Telephone: (212) 488-1200
jonathan.cogan@kobrekim.com

*Attorney for Defendants Jump Trading, LLC, Jump Crypto Holdings LLC, and Tai Mo Shan Limited*

KKL LLP

*/s/ Paul Krieger*
Paul Krieger
350 5th Avenue, 77th Floor
New York, NY 10118
Tel.: 212-390-9552
paul.krieger@kklllp.com
*Attorney for Defendant William DiSomma*

MCDERMOTT WILL & SCHULTE LLP

*/s/ Daniel-Charles V. Wolf*

Daniel-Charles V. Wolf
444 W Lake St.
Chicago, IL 60606
Telephone: (312) 372-2000
dcwolf@mcdermottlaw.com

Joseph B. Evans (admitted *pro hac vice*)
M. Elias Berman (admitted *pro hac vice*)
Christopher Vaughan (admitted *pro hac vice*)
Daniel H. Kaltman (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
jbevans@mcdermottlaw.com
eberman@mcdermottlaw.com
cvaughan@mcdermottlaw.com
dkaltman@mcdermottlaw.com

*Attorneys for Plaintiff*

**ORDER**

The foregoing Stipulated Motion to Extend Briefing Schedule is APPROVED and the briefing schedule is hereby modified as set forth above.

Dated: ______________, 2026

Hon. Jeffrey I. Cummings
United States District Judge